JOHN F. ROWLSON COMPANY *v.* AUGUSTUS J. SIMMONS
(4305)

HULL, SPALLONE and BIELUCH, Js.

Argued January 14—decision released February 11, 1986

*Augustus J. Simmons,* pro se, the appellant (defendant).

*Paul H. Lichtenberger,* for the appellee (plaintiff).

PER CURIAM. There is no error.